[No. 7620–5–I. Division One. February 4, 1980.]

RICHARD MARQUARDT, *Appellant*, v. HARRY S. FEIN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 707225, Norman W. Quinn, J., entered April
16, 1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Callow, C.J., and Andersen, J.

[No. 3425–II. Division Two. February 6, 1980.]

MAXINE P. YEAGER, ET AL, *Respondents*, v. VERNON
V. GOULD, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 56064, Philip H. Faris, J., entered
March 17, 1978. *Affirmed as modified* by unpublished
opinion per Petrie, J., concurred in by Reed, C.J., and
Pearson, J.

[No. 3826–II. Division Two. February 6, 1980.]

THE STATE OF WASHINGTON, *on the Relation of Bryan
Langeneckert, Appellant*, v. SUE DUBUISSON,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 5490, John H. Kirkwood, J., entered
December 17, 1978. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Pearson, J., and Johnson, J. Pro
Tem.